Mr. Elroy Clay #199388
July 22, 2024

RECEIVED UNITED STATES DISTRICT COURT DENVER, COLORADO JUL 25 2024 JEFFREY P. COLWELL CLERK

Hello, Clerk of the Court and office,

The El-Paso County Sheriff's broke my ribs on Dec 4th 2023 with my hands cuffed behind my back and there is video evidence and audio evidence to this incident as well. They violated my civil rights to the fullest degree of the United States constitution.

However I wish to file suit now that I have fully recovered. My reasoning for writing you is because they won't give me my grievances, step 1, 2, and 3 that I filed on Dec 5, 2023 after I got out the Emergency Room. This is part of their cover-up of the incident altho there's video evidence. But they know if I can't get my grievances that was filed on this incident, they know it would be impossible for me to file-suit. So I'd thought it would be best in the intrest of justice, to ask this court for help, or what do I need to do? I am indigent and has no living siblings to reach out to for help. However I need my grievances from the El-Paso County Jail to proceed in my civil suit. The County Jail is violating my rights again by withholding evidence of the grievance proceedure, which is a crime within itself.

→

-2-

WITH ALL DO RESPECT TO THIS COURT COULD you be OF Any Kind OF Help to Help RESOLVE THIS IS ISSUE SO I CAN SEEK THE JUSTICE I'M ENTITLED TO? I WROTE THE COUNTY JAIL GRIEVANCE DIVISION 4 TIMES ALREADY Concerning THIS ISSUE And THEy REFUSE TO RESpond OR COOPERATE WITH THE RIGHTS I'M ENTITLED TO. My COUNTY JAIL INMATE NO# IS 0354584

RESPECTFULLY SUBMITTED
by: _____ #199388
July 22, 2024

Thankm, AGAIN



DENVER CO 802
23 JUL 2024 PM 5 L

01/23/2024
US POSTAGE
$00.73
ZIP 81212
041L11241745

**Colorado Department Of Corrections**
Name _Elroy Clay_
Register Number _199388_
Unit _F-3_
Box Number _P.O. Box 999_
City, State, Zip _Canon City, CO 81215_

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901 - 19th St. Room A-105
DENVER, COLORADO, 80294-3589

FCF
FACILITY _Lolar_   DATE REC'D _7/22/24_
STAFF LAST NAME _Clay_   ID# _3009_   INT
199388
DOC #   OFFENDER LAST NAME _E.C._   INT