1:24-cv-02053-RTG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 06 2024
JEFFREY P. COLWELL
CLERK

Mr. Elroy Clay #199388
August 31, 2024

TO: JUDGE GURLEY AND THE HONORABLE, SUSAN PROSE

Hello, and how are ~~you doing?~~ I hope things is going OK for the both of you. This letter is not an legal issue or concern, OK! But as a man, I wish to apologize if I stated anything in my last letter to you, that may have offended you. But I want you to know as everyone who does know me, "that I speak the truth at all times. All a man has is his word of mouth. I will trust a bum on the street who always tells me the truth, than a man who has billions of dollars knowing all he do is lie to me, because I simply can't trust him. However I am known to "say what it is" knowing it's the truth OK. Some people hates the truth because the truth hurts, for some people. Or sometimes, some people runs from the truth. So I just wanted this court to know that I meant you no-harm or disrespect. However with that being said, I know the main holidays is coming such as Thanksgiving and X-mas in a few months. So Hey take care and enjoy the rest of 2024, OK.

Sorry to bother you guys too, but as a real-man I felt it was my duty and responsibility to clean-up any misunderstanding OK! Good bye and may God bless your court.

Mr. Clay #199388   "OTHERSIDE" →
                    PLEASE

-2-

There's a few states as of right now that knows what happen to me in El-Paso County.. Thank God, and alot of Higher-ups is supporting me 100%.

Also I just thanked the ACLU in Denver for their letter of sorrow and sympathy as to what those deputies has done to me in that 4th District Court House Garage. However, God has sent me his Angels of Justice to seek Justice.

But I wanna say to this Court as you will find-out in due time that I'm in prison as of right now for a crime that never took place or even happened.

But Judge Findorff, Prosecutor Libby, and Jason Tiplitz, illegally convicted me as other sources now know. I can't go into what's been found-out by the Higher Sources. But Judge Findorff, Libby and Tiplitz been hanging people for years. But it caught-up with them. But yes, they targeted me, and profiled me due to my race, and they lied on my x-girlfriend in court to convict me. This why she never came to court. She just didn't know and they didn't want her to know, "I can say that much". But I just wanna say to you Gurley and Susan that, I am a police brutality survivor today and a innocent man as I always claimed in this D.V case.

But more importantly, I'm God's testimony and God knows I got a story to tell, soon. Take care, ok!

-A- I WANNA THANKYOU BOTH FOR READING THIS.

AS TO PAGE 2 OF THE LETTER YOU JUST READ, I WANNA MAKE A COMMENT AS TO THE CONTENTS YOU READ ON THAT PAGE. FIRST AND FOREMOST I must admit THAT I FORGAVE JUDGE FINDORFF, PROSECUTOR LIBBY AND ATTORNEY TIPLITZ. NOW as I STATED TO THIS COURT, I ALWAYS SPEAK THE TRUTH. NOW, LET ME SAY THIS, TO THIS COURT. YES I HAVE been in CORRESPONDING WITH THE UNITED STATES SUPREME COURT AND A PARTICULAR JUDGE IN THAT COURT. HOWEVER I'M NOT GONNA MENTION THAT JUDGE'S NAME FOR MANY REASON'S, OK! HOWEVER THE UNITED STATES SUPREME COURT KNOWS all about El-PASO COUNTY FROM WHAT they STATED TO ME IN THEIR OWN WRITING. I CAN'T TELL ANYONE WHAT ME AND THAT COURT GOT GOING ON, SO I'M SORRY OK! But I CAN SAY THIS, They DO KNOW THAT It's TOO MANY INMATES THAT'S IN PRISON HERE in Colorado that COME out oF El-PASO COUNTY THAT should-not be in prison. NOW, I'M GONNA LEAVE THAT LIKE THAT, OK! THAT'S all I CAN SAY AT THIS POINT AND TIME. OTHERSIDE →

- B -

But I really thank that Higher Court for their support as to what happened to me in that 4th District Court-House in El-Paso County. They sent me a letter just like the ACLU did, showing me their love and sympathy as to what those deputies has done to me on December 4th 2023. Now Susan, and Judge Gurley, I will share this brief statement that I stated to a judge at the United States Supreme Court, OK! Now, when I say to you and Judge Gurley, what I said to her, "you may laugh" because her and a list of ~~other~~ names she sent me was amazed at that statement I'm gonna share with this court OK. Those judge's and staff members stated to me that they never heared a most honest statement in their history of their career. And I was shocked they even they wrote me back to even tell me that.

→

– C –

YOU CAN SHARE THIS WITH YOUR COURT-HOUSE JUST AS THE SUPREME COURT DID, ALRIGHT!

JUDGE SUSAN AND GURLEY, HERE'S WHAT I TOLD THE SUPREME COURT IN WASHINGTON, OK! AND NOW I CHOOSE TO MAKE THIS STATEMENT AND QUESTION TO YOU AND AMERICA LIKE I TOLD THEM, OK!

✱ I WANNA SAY TO YOU SUSAN AND GURLEY AND THE REST OF THE UNITED STATES OF AMERICA THAT, "WHEN YOU PEOPLE SEE THAT CAMERA FOOTAGE, OF WHAT THEY DONE TO ME IN THAT COURT-HOUSE GARAGE, ....." IF YOU AND AMERICA CAN SHOW ME ONE THING IN THAT FOOTAGE THAT I DONE WRONG TO ~~CONSTITUTE~~ CONSTITUTE A BROKEN RIB and BUSTED HEAD..... "I PROMISE YOU SUSAN AND GURLEY AND AMERICA...": THAT I WILL SHOW all OF "YOU" A CHURCH OF CHRIST, THAT'S TURNED UPSIDE-DOWN, → THAT'S BUILT FROM THE GROUND-UP!"

NOW THE SUPREME COURT TOLD ME THAT MADE THEM LAUGH IN AND OUT THE COURT HOUSE, BUT THEY SAID THAT IS THE MOST →

- D -

HONEST STATEMENT OF THEIR CAREER. BECAUSE AS THEY TOLD ME, "THERE IS NO CHURCH TURNED UPSIDE DOWN AND BUILT FROM THE GROUND-UP,", WHICH MEANS JUST LIKE I CAN'T SHOW YOU PEOPLE THAT CHURCH, YOU CAN'T SHOW ME ANYTHING I DONE WRONG ON DEC 4, 2023 IN THAT COURT-HOUSE GARAGE. That's is WHAT I MEANT BY THAT STATEMENT AND THE SUPREME COURT "**LOVED**" THE WAY I PUT THAT. "SUSAN IT'S OK, FOR YOUR COURT TO LAUGH AT MY STATEMENT TOO, OK! I KNOW YOU MEAN NO-HARM IF I MADE YOU LAUGH. BUT LIKE I STATED TO YOU I REFUSE TO LIE TO ANYONE. I KEEP IT 100% WITH EVERYBODY OK! Now JUDGE SUSAN AND GURLEY IF THE 2 OF YOU ARE FOR THE RIGHT THING WHEN IT COMES TO THE LAW, YOU WILL AGREE WITH WHAT I GOT TO SAY, WHICH IS "NO-WRONG DOING GOES UNPUNISHED" AND YOU SHOULD KNOW THAT, JUST LIKE I ALREADY KNOW THAT. "WELL THANKYOU FOR YOUR TIME IN READING THIS, AND JUDGE SUSAN AND GURLEY I'M NOT GONNA WRITE YOU AGAIN OK."

*[left margin: TAKE-CARE AND MAY GOD BLESS BOTH OF YA, OK BYE BYE!]*

"PLEASE NOTE"

Just because I forgave them doesn't mean, I not gonna seek justice. I forgive but I could never forget.
They still have to face ~~c~~ criminal charges of some sort

Mr. C

**Colorado Department Of Corrections**

Name: Elroy Clay
Register Number: 199388
Unit: E-3
Box Number: P.O. Box 999
City, State, Zip: Canon City, Colorado 81215

UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE'S GURLEY AND SUSAN PROSE
901 - 19th ST, ROOM A105
DENVER, COLORADO 80294-3589

LEGAL MAIL
9/2/24

DENVER CO 802
4 SEP 2024 PM 5 L

80294-250151

FCF
Clark 9/2/24
199388
Clay
39500 KC
E.C.